PS8
Revised 10/13

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT BARRY QUIMBY, JR. | PETITION ON PRETRIAL RELEASE<br><br><br>DKT. NO. 0976 2:25CR00017-003 |

COMES NOW, Lee Pierantoni  Probation Officer of the Court, presenting an official report upon the conduct and attitude of defendant Robert Barry Quimby, Jr., who was placed under pretrial supervision by the Honorable Deborah K. Grasham, sitting in the Court at Coeur d'Alene, Idaho, on July 16, 2025.  As noted in the Order Setting Conditions of Release, the Court ordered standard and special conditions of pretrial release.  The Probation Officer alleges the defendant has violated the following terms and conditions as set forth herein.

**RESPECTFULLY REPRESENTING PETITION FOR ACTION OF THE COURT AND FOR CAUSE AS FOLLOWS:**

**(1) Violation of Condition #6: "The defendant must submit to supervision by and report for supervision to Pretrial Services as directed."**

(a) On August 23, 2025, the defendant failed to contact the pretrial services officer as directed.

(b) On August 24, 2025, the defendant failed to contact the pretrial services officer as directed.

**(2) Violation of Condition #15: "The defendant must not use or unlawfully possess a narcotic drug, or other controlled substances defined in 21 § 802, unless prescribed by a licensed medical practitioner. The defendant must not use or unlawfully possess drug paraphernalia."**

On or about August 14, 2025, the defendant used methamphetamine.  On August 18, 2025, the defendant admitted verbally and in writing to using methamphetamine.

**(3) Violation of Condition #22: "The defendant must participate in the following location monitoring program and comply with its requirements as directed: Curfew – The defendant is restricted to his/her residence every day from 8:00PM to 8:00AM, or as directed by the Pretrial Services officer or supervising officer. The defendant must submit to location monitoring technology as directed by the Pretrial Services office or supervising officer and comply with all of the program requirements and instructions**

Robert Barry Quimby, Jr.                         Petition on Pretrial Release                                   August 25, 2025
0976 2:25CR00017-003                                      Page 2

**provided. The defendant must pay all of or part of the costs of the program based upon his/her ability to pay as determined by the Pretrial Services office or supervising officer."**

(a) On July 25, 2025, the defendant failed to enter his residence by 8:00P.M., as evidenced by the BI Total Access Alert Details log.

(b) On July 26, 2025, the defendant failed to enter his residence by 8:00P.M., as evidenced by the BI Total Access Alert Details log.

(c) On August 12, 2025, the defendant failed to enter his residence by 8:00P.M., as evidenced by the BI Total Access Alert Details log.

(d) On August 23, 2025, the defendant failed to enter his residence by 8:00P.M., as evidenced by the BI Total Access Alert Details log.

(e) On August 24, 2025, the defendant failed to enter his residence by 8:00P.M., as evidenced by the BI Total Access Alert Details log.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for the defendant to show cause why the pretrial release heretofore granted should not be revoked.

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on August 25, 2025.

Respectfully submitted,

Lee Pierantoni
2025.08.25 11:58:16
-07'00'

U.S. Probation Officer

ORDER OF COURT

Considered, ordered and made a part of the record in the above case.

DATED: August 25, 2025

Debora K. Grasham
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA　　　　*WARRANT FOR ARREST*

　　　　　v.

ROBERT BARRY QUIMBY JR.　　　　2:25-cr-00017-AKB

To: The United States Marshal

and any Authorized United States Officer

　　　YOU ARE HEREBY COMMANDED to arrest **ROBERT BARRY QUIMBY JR.** and bring

forthwith to the nearest magistrate judge to answer **PETITION ON PRETRIAL RELEASE**

charging with the below listed violation.

VIOLATION OF THE TERMS AND CONDITIONS OF PETITION ON PRETRIAL RELEASE



United States Courts
District of Idaho
**ISSUED**
*JocelynDunnegan*
*on Aug 25, 2025 6:49 pm*

August 25, 2025

Date

## RETURN

This warrant was received_____and executed with the arrest of the above-name
individual at _____.

_____

_____　　_____
Signature of Arresting Officer　　　　　　　Date of Arrest

_____
Name & Title of Arresting Officer